DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
KAREN A. WHELAN, ESQ.
Nevada Bar No. 10466
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: karen.whelan@akerman.com

*Attorneys for plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> CORTEZ HEIGHTS HOMEOWNERS ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC; and LA QUINTA FAMILY TRUST, <br><br> Defendants. | Case No.: 2:16-cv-00604-GMN-CWH <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO (1) REPLY TO CORTEZ HEIGHTS HOMEOWNERS ASSOCIATION'S LIMITED OPPOSITION TO MOTION FOR SUMMARY JUDGMENT [ECF NO. 44] AND (2) OPPOSE CORTEZ HEIGHTS HOMEOWNERS ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 45]** |

Plaintiff Bank of America, N.A. (**BANA**) and defendant Cortez Heights Homeowners Association respectfully submit the following stipulation to allow BANA (**1**) sixteen additional days to reply to Cortez Heights Homeowner's Association's limited opposition to BANA's motion for summary judgment, ECF No. 44, and (**2**) nine additional days to oppose Cortez Heights' motion for summary judgment, ECF No. 45.

BANA moved for partial summary judgment on November 15, 2017. (ECF No. 39.) Cortez Heights filed a limited opposition to BANA's motion and a motion for summary judgment of its own on December 6, 2017. (ECF Nos. 44, 45.) BANA's deadline to reply supporting its motion is December 20, 2017. *See* L.R. 7-2. BANA's deadline to oppose Cortez Heights' motion is December 27, 2017. *See id.*

1

43586456;1

BANA and Cortez Heights stipulate to extend BANA's reply deadline by sixteen days and BANA's opposition deadline by nine days, to **January 5, 2018**, to allow BANA additional time to prepare its briefing in light of the intervening holiday.

This is BANA's first request to extend its reply or opposition briefing deadlines. BANA does not make its request to cause delay or prejudice to any party.

Dated this 18th day of December, 2017.   Dated this 18th day of December, 2017.

**AKERMAN LLP**   **LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.**

 */s/ Karen A. Whelan, Esq.*   */s/ Julie A. Funai, Esq.*
DARREN T. BRENNER, ESQ.   KALEB B. ANDERSON, ESQ.
Nevada Bar No. 8386   Nevada Bar No. 7582
KAREN A. WHELAN, ESQ.   JULIE A. FUNAI, ESQ.
Nevada Bar No. 10466   Nevada Bar No. 8725
1160 Town Center Drive, Suite 330   9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144   Las Vegas, Nevada 89144

*Attorneys for plaintiff Bank of America, N.A.*   *Attorneys for defendant Cortez Heights Homeowners Association*

**ORDER**

**IT IS SO ORDERED.**

DATED this 27 day of December, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE

43586456;1

**CERTIFICATE OF SERVICE**

I certify on the 18th day of December, 2017, and pursuant to Federal Rule of Civil Procedure 5, I filed and served true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO (1) REPLY TO CORTEZ HEIGHTS HOMEOWNERS ASSOCIATION'S LIMITED OPPOSITION TO MOTION FOR SUMMARY JUDGMENT [ECF NO. 44] AND (2) OPPOSE CORTEZ HEIGHTS HOMEOWNERS ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 45]** via the Court's CM/ECF system as follows:

*VIA CMF/ECF*:

Joseph P. Garin, Esq.
Kaleb D. Anderson, Esq.
Megan H. Hummel, Esq.
LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Cortez Heights Homeowners' Association*

Shane D. Cox, Esq.
ABSOLUTE COLLECTION SERVICES, LLC
8440 W. Lake Mead Boulevard, Suite 210
Las Vegas, Nevada 89128

*Attorney for Absolute Collection Services, LLC*

Randal A. DeShazer, Esq.
961 Pack Saddle Court
Henderson, Nevada 89014

*Attorney for La Quinta Family Trust*

*VIA U.S. MAIL*:

La Quinta Family Trust[1]
c/o Ricardo Fojas
8501 Benidorm Avenue
Las Vegas, Nevada 89178

Alvin Soriano
5452 Lilly Rose Court
North Las Vegas, Nevada 89031

                                    */s/ Nick Mangels*
                                    Nick Mangels, an employee of Akerman LLP

---

[1] BANA serves this motion on La Quinta Family Trust directly as it understands its counsel does not currently have an active bar license. *See In the Matter of Discipline of Randal A. DeShazer, Bar No. 2337*, Nevada Supreme Court Docket No. 72229, entered June 27, 2017.