MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for plaintiff Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> CORTEZ HEIGHTS HOMEOWNERS ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC; LA QUINTA FAMILY TRUST; and ALVIN SORIANO, <br><br> Defendants. | Case No.: 2:16-cv-00604-GMN-CWH <br><br> **STIPULATION TO EXTEND JOINT PRETRIAL ORDER DEADLINE** <br><br> **(FIRST REQUEST)** |

Bank of America, N.A., Cortez Heights Homeowners Association, Absolute Collections Services, LLC, La Quinta Family Trust, and Alvin Soriano (collectively, **the parties**) submit this stipulation to continue the joint pretrial order deadline. This court entered a summary judgment order on July 7, 2020. (ECF No. 90.) This court then ordered the parties to file a joint proposed pretrial order by September 16, 2020. (ECF No. 93). The parties request this court continue the deadline for thirty days, until October 16, 2020. This extension is supported by good cause and requested for two reasons: (1) the parties are engaged in settlement discussions which if successful will alleviate the need for trial, and (2) the La Quinta Family Trust and Alvin Soriano need additional time to retain attorneys should the parties not settle this matter.

…

…

…

1

54641122;1

Bank of America circulated a draft joint pretrial order in advance of the deadline, however the parties anticipate revisions to the order should the parties not settle this matter. This is the first request to extend the joint pretrial order deadline. This request is brought in good faith and not meant for delay.

DATED: September 16, 2020.

**AKERMAN LLP**

/s/ Scott R. Lachman
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar. No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff Bank of America, N.A.*

/s/ Alvin Soriano
ALVIN SORIANO
5452 Lilly Rose Court
North Las Vegas, Nevada 89031

*Pro se defendant*

**LIPSON NEILSON P.C.**

/s/ Julie A. Funai
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
JULIE A. FUNAI, ESQ.
Nevada Bar No. 8725
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for defendant Cortez Heights Homeowners Association*

/s/ Ricardo Fojas, Trustee

*Defendant La Quinta Family Trust*

/s/ Shane D. Cox
SHANE D. COX, ESQ.
Nevada Bar No. 13852
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148

*Attorney for defendant Absolute Collection Services, LLC*

## ORDER

IT IS SO ORDERED.

Dated this  17  day of September, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2

54641122;1