UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BANK OF AMERICA, N.A., | ) |
| Plaintiff, | ) Case No. 2:16-cv-00604-GMN-BNW |
| vs. | ) **ORDER** |
| CORTEZ HEIGHTS HOMEOWNERS ASSOCIATION, et al., | ) |
| Defendants. | ) |

This matter is before the Court on Shane D. Cox's Response to the Order to Show Cause (#106) filed on May 20, 2021. On May 6, 2021 the Court issued an Order to Show Cause why Shane D. Cox should not be sanctioned for failing to comply with this Court's Order (#105) requiring him to attend the settlement conference or otherwise request an exception from attendance at the conference. Mr. Cox filed a response explaining why he failed to attend or otherwise request an exception. Mr. Cox also concurrently filed a Motion to Withdraw as Attorney of Record (#107).

After careful review of the response brief and declaration prepared by Mr. Cox, the Court finds that no sanctions are warranted at this time. Mr. Cox promptly responded to the Court's Order to Show Cause and explained his failure to comply with the Court's Order setting the settlement conference. The Court finds Mr. Cox's error was a good faith mistake and accepts his explanation. Given his immediate filing of a Motion to Withdraw to further address the issue, the Court finds sanctions are not warranted.

/ / /

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that sanctions, including monetary sanctions and a recommendation for civil contempt, shall not be imposed on Shane D. Cox for his failure to comply with the Court's Order setting the settlement conference.

DATED this 27th day of May, 2021.

_____
**Daniel J. Albregts**
**United States Magistrate Judge**