MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> CORTEZ HEIGHTS HOMEOWNERS ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC; LA QUINTA FAMILY TRUST; and ALVIN SORIANO, <br><br> Defendants. | Case No.: 2:16-cv-00604-GMN-BNW <br><br> **STIPULATION AND ORDER DISMISSING ACTION AS TO CORTEZ HEIGHTS HOMEOWNERS ASSOCIATION** |

PLEASE TAKE NOTE that Bank of America, N.A. (**BANA**) and Cortez Heights Homeowners Association (**Cortez Heights**), by and through their respective counsel of record, hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41(a)(2) as to, and only as to, Cortez Heights. This dismissal does not impact any other claims.

. . .

. . .

. . .

. . .

. . .

. . .

{59910286}

Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

DATED this 19th day of January, 2022.

| **AKERMAN LLP** | **LIPSON NEILSON** |
|---|---|
| */s/ Scott R. Lachman*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Bank of America, N.A. and* | */s/ Kaleb D. Anderson*<br>KALEB D. ANDERSON, ESQ.<br>Nevada Bar No. 7582<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, NV 89144<br><br>*Attorneys for Cortez Heights Homeowners Association* |

## ORDER

**IT IS SO ORDERED.**

Dated this __19__ day of January, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT